# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Spaulding, Karla R. | U.S. District Court, M.D Fla. | 4/29/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
401 W. Central Boulevard
Suite 5-500
Orlando, Florida 32801-0550

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 4/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 4/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 4/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Accounts | A | Interest | K | T | | | | | |
| 2. Fishhawk Investment Fund, Ltd. | D | Distribution | | | Distributed | 12/31/12 | J | | |
| 3. TSK Investment Partnership, Ltd. | | None | J | W | | | | | |
| 4. Pentagon Federal Credit Union (Bank Account) | A | Interest | J | T | | | | | |
| 5. USAA Tax-Exempt Money Market USAA | A | Dividend | J | T | | | | | |
| 6. USAA Money Market -- USAA | A | Interest | J | T | | | | | |
| 7. USAA Federal Savings Bank -- Bank Account | A | Interest | L | T | | | | | |
| 8. USAUX USAA Aggressive Growth | | None | | | Sold | 04/17/12 | K | C | |
| 9. USEMX USAA Emerging Markets | | None | | | Buy (add'l) | 02/16/12 | J | | |
| 10. | | | | | Sold (part) | 04/17/12 | J | | |
| 11. | | | | | Sold | 10/25/12 | K | | |
| 12. USAAX USAA Growth | | None | | | Buy (add'l) | 04/17/12 | K | | |
| 13. | | | | | Sold | 10/25/12 | L | | |
| 14. USAIX USAA Income | C | Dividend | | | Buy (add'l) | 04/17/12 | J | | |
| 15. | | | | | Sold (part) | 06/19/12 | J | | |
| 16. | | | | | Sold | 10/25/12 | M | A | |
| 17. USISX USAA Income Stock | A | Dividend | | | Buy | 04/17/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 4/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/25/12 | L | | |
| 19. USIBX USAA Intermediate Term Bond | C | Dividend | | | Buy (add'l) | 04/17/12 | K | | |
| 20. | | | | | Sold | 10/25/12 | L | A | |
| 21. USIFX USAA International Fund | | None | | | Sold | 10/25/12 | L | | |
| 22. USAGX USAA Precious Metals & Minerals | | None | | | Buy (add'l) | 04/17/12 | J | | |
| 23. | | | | | Sold | 10/25/12 | K | | |
| 24. USPRX USAA S&P 500 Index Reward Shares | A | Dividend | | | Sold | 04/17/12 | K | C | |
| 25. USSBX USAA Short Term Bond | B | Dividend | | | Buy (add'l) | 04/17/12 | J | | |
| 26. | | | | | Sold (part) | 06/19/12 | J | | |
| 27. | | | | | Sold | 10/25/12 | M | A | |
| 28. USCAX USAA Small Cap Stock | | None | | | Buy (add'l) | 04/17/12 | J | | |
| 29. | | | | | Sold | 10/25/12 | K | | |
| 30. UVALX USAA Value | | None | | | Sold | 04/17/12 | K | B | |
| 31. UMAFX USAA Managed Allocation | A | Dividend | K | T | | | | | |
| 32. USRRX USAA Real Return | A | Dividend | | | Sold | 10/25/12 | J | A | |
| 33. ACVIX American Century Small Cap Value Fund Instl | | None | | | Sold | 05/08/12 | J | | |
| 34. BMCIS Blackrock US Opportunities Portfolio Instl | | None | | | Sold | 05/10/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 4/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DODFX Dodge & Cox Int'l Stock | A | Dividend | K | T | Buy (add'l) | 02/16/12 | J | | |
| 36. SGOIX First Eagle Overseas I | A | Dividend | J | T | Buy (add'l) | 02/16/12 | J | | |
| 37. LKSCX LKCM Small Cap Equity Instl | | None | | | Sold | 05/10/12 | J | B | |
| 38. TGVIX Thornburg Int'l Value I | A | Dividend | K | T | Buy (add'l) | 02/16/12 | J | | |
| 39. USGRX USAA Growth & Income | A | Dividend | L | T | Sold (part) | 02/15/12 | K | A | |
| 40. | | | | | Sold (part) | 11/27/12 | J | | |
| 41. ▨ Boulder Colo Wtr & Swr Rev-C Bond | B | Interest | K | T | | | | | |
| 42. ▨ Corpus Christi Tx Utl Sy Rv Rf Bond | B | Interest | K | T | | | | | |
| 43. ▨ L Clark County NV Sch Dist Rfdg Bond | B | Interest | K | T | | | | | |
| 44. ▨ Washington Cnty Tx Jr. College Dist Rev Comb Fee Bond | A | Interest | K | T | | | | | |
| 45. ▨ Pearland Tx Wtrwks & Swr Sys Rev Ref Bond | A | Interest | K | T | | | | | |
| 46. ▨ Pierce Cnty WA Sch Dist #403 Bethel Ref Bond | A | Interest | K | T | | | | | |
| 47. ▨ San Antonio TX Elec & Gas Rev Ref-Sys Bond | B | Interest | K | T | | | | | |
| 48. ▨ Eagle Garfield & Routt Cntys Co Sch Dist No Bond | B | Interest | K | T | | | | | |
| 49. ▨ Mesa Ariz Util Sys Rev Bond | B | Interest | K | T | | | | | |
| 50. ▨ Gray's Harbor Cnty WA Sch Dist 005 Aberdeen Bond | A | Interest | K | T | | | | | |
| 51. ▨ Univ NC Sys Pool Rev Rfdg Asheville/Wilmington Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 4/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.     Univ Tex Unv Rev Rf-06D Bond | B | Interest | K | T | | | | | |
| 53. IWM iShares TR Russell 2000 INX | A | Dividend | | | Sold | 05/03/12 | J | A | |
| 54. EFA iShares TR MSCI EAFE IDX | A | Dividend | J | T | Buy (add'l) | 02/10/12 | J | | |
| 55. | | | | | Buy (add'l) | 07/20/12 | J | | |
| 56. | | | | | Sold (part) | 12/12/12 | J | A | |
| 57. VWO Vanguard FTSE Emerging Mkts ETF | A | Dividend | | | Sold (part) | 10/25/12 | J | A | |
| 58. | | | J | T | Buy (add'l) | 09/19/12 | J | | |
| 59. Houston Tx Ref-Pub Imp-Ser A Bond | B | Interest | K | T | | | | | |
| 60. Dallas Cnty Tx Cmnty College Dist Rfdg Bond | A | Interest | K | T | | | | | |
| 61. USHYX USAA High Yield Opportunities | B | Dividend | | | Sold | 10/25/12 | K | | |
| 62. VIG Vanguard Dividend Appreciation ETF | A | Dividend | J | T | Sold (part) | 02/01/12 | J | B | |
| 63. | | | | | Sold (part) | 07/20/12 | J | | |
| 64. TFI SPDR Barclays Municipal Bond ETF | A | Dividend | J | T | Sold (part) | 10/02/12 | J | A | |
| 65. MUB iShares TR S&P Nat'l Mun B | A | Dividend | J | T | Buy (add'l) | 07/10/12 | J | | |
| 66. | | | | | Buy (add'l) | 07/20/12 | J | | |
| 67. | | | | | Sold (part) | 10/02/12 | J | A | |
| 68. DXJ Wisdomtree Trust JP Total Dividend Fund | A | Dividend | J | T | Buy | 12/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 4/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LKSMX LKCM Small-Mid Cap Equity Institutional Fund | | None | J | T | Buy | 05/10/12 | J | | |
| 70. USSTX USAA Tax Exempt Short Term | A | Dividend | J | T | Buy | 03/05/12 | J | | |
| 71. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 72. | | | | | Buy (add'l) | 04/04/12 | J | | |
| 73. HNVIX HeartlandValue Plus Instl | A | Dividend | J | T | Buy | 05/10/12 | J | | |
| 74. HWSIX Hotchkis & Wiley FDS S Cap Val Cl I | A | Dividend | J | T | Buy | 05/10/12 | J | | |
| 75. GLD SPDR Gold Trust | A | Dividend | J | T | Buy | 10/02/12 | J | | |
| 76. MDY SPDR S&P Mid Cap 400 EFT Trust | A | Dividend | J | T | Buy | 05/03/12 | J | | |
| 77. | | | | | Buy (add'l) | 07/20/12 | J | | |
| 78. | | | | | Sold (part) | 10/02/12 | J | A | |
| 79. | | | | | Sold (part) | 12/19/12 | J | | |
| 80. EZU iShares Inc. MSCI EMU Index | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 81. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 82. USSTX USAA Tax Exempt Intermediate Term | A | Dividend | | | Buy | 02/22/12 | J | | |
| 83. | | | | | Sold | 07/10/12 | J | A | |
| 84. AGG iShare Tr Barclay Aggregate Bond FD | A | Dividend | | | Buy | 07/10/12 | J | | |
| 85. | | | | | Sold (part) | 09/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 4/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/02/12 | J | | |
| 87. | | | | | Sold | 12/18/12 | J | | |
| 88. UIEMX USAA Emerging Markets Fund Institutional Shares | A | Dividend | K | T | Buy | 10/25/12 | K | | |
| 89. UIGRX USAA Growth Fund Institutional Shares | B | Dividend | L | T | Buy | 10/25/12 | L | | |
| 90. UIINX USAA Income Fund Institutional Shares | B | Dividend | M | T | Buy | 10/25/12 | M | | |
| 91. UIISX USAA Income Stock Fund Institutional Shares | A | Dividend | L | T | Buy | 10/25/12 | L | | |
| 92. UIITX USAA Intermediate-Term Bond Fund Institutional Shares | A | Dividend | L | T | Buy | 10/25/12 | L | | |
| 93. UIIFX USAA International Fund Institutional Shares | B | Dividend | L | T | Buy | 10/25/12 | L | | |
| 94. UIPMX USAA Precious Metals & Minerals Fund Inst'l Shares | A | Dividend | K | T | Buy | 10/25/12 | K | | |
| 95. UISBX USAA Short-Term Bond Fund Institutional Shares | A | Dividend | M | T | Buy | 10/25/12 | M | | |
| 96. UISCX USAA Small Cap Stock Fund Institutional Shares | A | Dividend | K | T | Buy | 10/25/12 | K | | |
| 97. UIRRX USAA Real Return Institutional Shares | A | Dividend | J | T | Buy | 10/25/12 | J | | |
| 98. UIHIX USAA High Income Fund Institutional Shares | A | Dividend | L | T | Buy | 10/25/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 4/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Following are explanations of changes in this FDR 2012:

Part VII, Line 2 -- A final K-1 was issued for Fishhawk Investment Fund, Ltd. on 12/31/12.

Part VII, Line 57 -- Corrected name of fund. Fund did not change.

Part VII, Line 62 -- Corrected name of fund. Fund did not change.

Part VII, Line 64 -- Corrected nanme of fun. Fund did not change.

Part VII, Line 65 -- Added security abbreviation to name. Fund did not change.

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 4/29/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karla R. Spaulding**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544